**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

Molly Anderson,

        Plaintiff,

  vs.

Sky Climber LLC

        Defendant.

CASE NO. 2:17-cv-431

Judge Graham

**STIPULATED DISMISSAL**

The parties, by and through their undersigned counsel, hereby stipulate that the claims in the above-captioned case are hereby dismissed with prejudice, each party to bear its own costs.

| | |
|---|---|
| */s/ Rachel A. Sabo, Esq.* | /s/ William H. Prophater, Jr. |
| Rachel A. Sabo (0089226) | D. Wesley Newhouse (0022069) |
| (Rachel@thefriedmannfirm.com) | wnewhouse@npkhlaw.com |
| The Friedmann Firm LLC | William H. Prophater, Jr. (0062318) |
| 1457 S. High St. | wprophater@npkhlaw.com |
| Columbus, OH 43207 | Newhouse, Prophater, Kolman & Hogan, LLC |
| Telephone: (614) 610-9757 | 5025 Arlington Circle Blvd., Suite 400 |
| | Columbus, Ohio 43220 |
| *Counsel for Plaintiff* | Telephone: 614/255-5441 |
| | Facsimile: 614/255-5446 |
| | *Counsel for Defendant Sky Climber, LLC* |

## **CERTIFICATE OF SERVICE**

This is to certify that on this 11th day of July, 2018, a copy of the foregoing Stipulated Dismissal was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Rachel A. Sabo, Esq.*
Rachel A. Sabo (0089226)